UNITED STATES DISTRICT COURT

_____EASTERN_____ **District of** _____CALIFORNIA_____

| | |
|---|---|
| BENJAMIN MOUA,<br>     Plaintiff<br><br>              V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>     Defendant | **ORDER ON APPLICATION**<br>**TO PROCEED WITHOUT**<br>**PREPAYMENT OF FEES**<br><br><br>CASE        1:10-AT-00636 |

   Having considered the application to proceed without prepayment of fees under 28 USC §1915;

   IT IS ORDERED that the application is:

X   GRANTED.

   X   The clerk is directed to file the complaint.

   X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐  DENIED, for the following reasons:

_____

_____

ENTER this   27th   day of   August  ,   2010  .

                              /s/ Sandra M. Snyder
                              Signature of Judicial Officer

                              SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
                              Name and Title of Judicial Officer